UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 2009 APR 16 P 12: 57 |
| | ) |
| v. | ) NO. 10384-NG |
| | ) |
| Clarvee Gomez | ) |

## MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, Clarvee Gomez, in the above-entitled matter and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons I make this request are:

( )   Disagreement on strategy;

(X)   Failure to obtain a bail appeal;

(X)   Lack of understanding between me and my attorney;

(X)   Failure to present my best interests;

( )   Other:

My Cousin And My father Had been Waiting More Than 7 weeks Just to be Interview by The PSI for My bail out. He Had Not be Able To get Them A day for The Motion in Court. He Also Call My family And Told Them In Till I don't talk every thing I Know I was Not goin to be Able to get out, on My Understanding Thats pressure A person.

Dated:                                                     Respectfully submitted,

                                                           _clarvee gomez_
                                                           , Pro Se
                                                           26 Long Pond Road
                                                           Plymouth, MA  02360