UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL 08-10384-NG

_____

UNITED STATES OF AMERICA

V.

_____CLARVEE GOMEZ_____

**DEFENDANT'S MOTION FOR AMENDMENT OF DETENTION ORDER**

Pursuant to the Criminal Justice Act, 18 U.S.C. sec. 3145 (b) the defendant Clarvee Gomez, by his counsel, moves this Court to review and amend the prior detention order. In support hereof the defendant says that there are circumstances which were not presented to the Court at the initial hearing which suggest that the order should be amended. The defendant moves that the order of detention be amended to allow his release under the condition that he be released to the custody of a third party custodian, Mr. Harold Jiminez in Haverhill.  The defendant states that Mr. Jiminez is a suitable third party custodian and that the defendant's release will not involve a risk of flight or present a danger to the community.

Respectfully submitted:

Clarvee Gomez
By his attorney,

/s/John P. Moss, Jr._____
John P. Moss ,Jr. BBO #357940
675 Massachusetts Ave.
P.O. Box 390088
Cambridge, Massachusetts 02139
617-491-1129

CERTIFICATE OF SERVICE

I, John P. Moss Jr., hereby certify that this document was sent electronically to the

registered participants as identified on the Notice of Electronic filing by the CM/ECF of

this District today April 22, 2009. No party requires service by mail.


/s/ John P. Moss,Jr.
John P. Moss, Jr.